No. 93–663. LAMSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–677. ISQUIERDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–703. MEDLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–715. CHMIEL v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–721. ROKKE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 93–728. BRECHTEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–749. KELLY ET UX. v. OBER ET AL. Super. Ct. Pa. Certiorari denied.

No. 93–5019. HAWTHORNE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–5197. MARTINEZ-CORTEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5351. TURNER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 93–5449. WOOD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5682. BOOTS v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 93–5692. LUEVANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5739. STOHLER v. HARGETT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–5814. DANIELS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.